IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-633-FDW-DCK

| | |
|---|---|
| MEINEKE CAR CARE CENTERS LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| 321 U.S. HWY 17-92 REALTY TRUST,<br>MAX A. MOGUL, an individual and as<br>Guarantor, and JOHN F. O'BRIEN, an<br>individual and as Guarantor, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by David L. Tkach, concerning Dennis Dean Leone on January 6, 2016. Mr. Dennis Dean Leone seeks to appear as counsel *pro hac vice* for Plaintiff Meineke Car Care Center, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Mr. Dennis Dean Leone is hereby admitted *pro hac vice* to represent Plaintiff Meineke Car Care Center, LLC.

**SO ORDERED**.

Signed: January 7, 2016

David C. Keesler
United States Magistrate Judge