# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Meineke Car Care Centers LLC, | ) | DEFAULT JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00633-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| John F. O'Brien, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Default Judgment in the amount of $77,196.08 is hereby entered in accordance with the Court's August 24, 2016 Order as to John F. O'Brien.

August 25, 2016

Frank G. Johns, Clerk
United States District Court